entered to the sum of $750; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ROSINA FIERRO, as Administratrix, etc., of SAVINO FIERRO, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, Impleaded with THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the evidence of the plaintiff, which was uncontradicted, would have justified the jury in finding that plaintiff's intestate came to his death as the result of the negligence of the defendant, respondent, in the operation of its train. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

WILLIAM J. HINSON, Appellant, v. THE CONTINENTAL BANK, a Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ANNA RUSS, an Infant, by SUSIE RUSS, Her Guardian ad Litem, Respondent, v. O. CIVIL TRUCKMAN, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ABRAHAM SEIDEL, Respondent, v. NEW YORK INDEMNITY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ABRAHAM SEIDEL, Respondent, v. NEW YORK INDEMNITY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

BERENICE L. BAUMANN, Respondent, v. CHARLES LUDWIG BAUMANN and RAY STARR EINSTEIN, Also Known as RAY STARR BAUMANN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

FRANK T. WINSLOW, as Trustee, etc., of WILKEN WILKENSON, Bankrupt, Appellant, v. McGRAW-HILL BOOK COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JULIUS HELD, Appellant, v. MARY A. VOGLIANO and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ROSE REALTY CORPORATION, Appellant, v. THE MINISTERS, ELDERS AND DEACONS OF THE REFORMED PROTESTANT DUTCH CHURCH OF THE CITY OF NEW YORK, a Domestic Religious Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ROSE PRESS, Respondent, v. TONY MAYO, Appellant.—Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

EDITH E. CLARKE, Respondent, v. M. M. CASEY BUILDING CORPORATION and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.